AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of ____Idaho____

| | |
|---|---|
| Myles Davis and Janelle Dahl <br> *Plaintiff* <br> v. <br> Blast Properties, Inc. DBA B&B Custom Homes and Tyler Bosier <br> *Defendant* | ) <br> ) <br> ) Civil Action No.  1:21-cv-218-BLW <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☒ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)*  Blast Properties Inc. and Tyler Bosier  recover costs from the plaintiff *(name)*  Myles Davis and Janelle Dahl  .

☐ **other:** _____.

This action was *(check one)*:

☒ tried by a jury with Judge  B. Lynn Winmill  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date:   5/1/2025

*CLERK OF COURT*

/s/Jamie l. Gearhart

*Signature of Clerk or Deputy Clerk*